**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOSEPH CINQUINI,

                Plaintiff,

vs.                              CASE NO. _____

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

                Defendant.
_____/

**COMPLAINT**
**JURY DEMAND**

**INTRODUCTION**

1. Plaintiff alleges that Defendant violated Plaintiff's written cease and desist request in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq*. ("FCCPA").

**JURISDICTION AND VENUE**

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, 1337, 1367 and 15 U.S.C. § 1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

**PARTIES**

3. Plaintiff, Joseph Cinquini is a natural person and a citizen of the State of Florida, residing in Pinellas County in the Middle District of Florida.

4. Defendant, Portfolio Recovery Associates, LLC is a foreign business corporation organized under the laws of the State of Delaware with its principal place of business and corporate offices in Norfolk, Virginia.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as that term is defined in the FDCPA and FCCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family, or household purposes.

10. On or before October 2012, Defendant began contacting Plaintiff in an attempt to collect the alleged debt.

11. On March 12, 2013, Plaintiff provided correspondence to Defendant requesting that Defendant cease placing calls to Plaintiff regarding the alleged debt. *A copy of the March 12, 2013 correspondence and fax verification report is attached hereto as "Exhibit A"*.

12. Defendant ignored the March 12, 2013 cease and desist request and continued to place multiple telephone calls to Plaintiff within one (1) year of this Complaint.

13. Defendant's actions were willful.

## COUNT I
### FAILURE TO CEASE AND DESIST COMMUNICATION
### IN VIOLATION OF 15 U.S.C. § 1692c(c)

14. Plaintiff incorporates Paragraphs 1 through 13 above as if fully set forth herein.

15. Defendant continued to communicate with Plaintiff after Plaintiff notified Defendant in writing that Plaintiff wished Defendant to cease further communication with Plaintiff in violation of 15 U.S.C. § 1692c(c).

**WHEREFORE**, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

   a. Damages;

   b. Attorney's fees, litigation expenses and costs of suit; and

   c. Such other or further relief as the Court deems proper.

## COUNT II
### HARASSMENT AND ABUSE
### IN VIOLATION OF THE FCCPA, FLA. STAT. § 559.72(7)

16. Plaintiff incorporates Paragraphs 1 through 13 above as if fully set forth herein.

17. Defendant willfully communicated with Plaintiff with such frequency as can reasonably be expected to harass the debtor by calling Plaintiff after Plaintiff notified Defendant in writing that Plaintiff wished Defendant to cease further communication with Plaintiff in violation of Fla. Stat. § 559.72(7).

**WHEREFORE**, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages;

b. Attorney's fees, litigation expenses and costs of suit; and

c. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

*s/ James Giardina*
[ X ] James S. Giardina – Trial Counsel
Fla. Bar No. 0942421
[   ] Kimberly H. Wochholz
Fla. Bar No. 0092159
**The Consumer Rights Law Group, PLLC**
3104 W. Waters Avenue, Suite 200
Tampa, Florida 33614-2877
Tel: (813) 435-5055 ext 101
Fax: (866) 535-7199
James@ConsumerRightsLawGroup.com
Kim@ConsumerRightsLawGroup.com
*Counsel for Plaintiff*